UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERON KENNETH HOLSTON, | No. 2:16-cv-0820 AC P |
| Plaintiff, | |
| v. | ORDER |
| D. RAGAN, et al., | |
| Defendants. | |

Plaintiff a former county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's request for a registration form to access Public Access to Court Electronic Records (PACER) and to electronically file documents. ECF No. 6.

I.      Request for PACER Registration Form

Plaintiff requests a registration form in order to obtain access to the PACER system. ECF No. 6. PACER is available to anyone who registers for an account.[1] Because plaintiff may register for PACER access online and at no cost, his motion requesting a registration form is denied.

////

---

[1] Registration is available online at no cost at the following address: https://pacer.psc.uscourts.gov/pscof/registration.jsf?filerType=N.

1

II.     Request for Information About Electronic Filing

Plaintiff also stated his intent to move for leave to file documents electronically, and requests information about the court's electronic filing procedures. ECF No. 6. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing. L.R. 133(a), (b)(2). A pro se party seeking an exception to the rule may file a motion explaining the reasons why they should be allowed to file documents electronically. L.R. 133(b)(3).

Plaintiff's request sets forth the reasons he intends to request permission to electronically file. ECF No. 6. However, the request does not make clear whether plaintiff is familiar with the requirements applicable to electronic filing in this court or whether he is aware of the hardware and software needed for electronic filing. Plaintiff's request for information is granted. If plaintiff chooses to file a motion for permission to file electronically, the motion must include a statement that plaintiff has reviewed the requirements for electronic filing[2] and agrees to abide by them and that he understands that once he registers for electronic filing, he must file all documents electronically and not through the mail or in person at the court. Additionally, all notices and documents will be received by e-mail and not by regular mail. The motion must also address whether plaintiff has access to the following technical requirements necessary for electronic filing: 1) a computer with internet access; 2) an e-mail account for receiving notifications from the electronic filing system; 3) a PACER (Public Access to Court Electronic Records) account; 4) a word-processing program; 5) PDF conversion software to convert word processing documents into .pdf format; and 6) a scanner for exhibits or other supporting documents that are only in paper format. Failure to address each of these items will result in denial of the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a PACER registration form (ECF No. 6) is denied.

---

[2] The CM/ECF User Manual is available on the court's website at http://www.caed.uscourts.gov/caednew/index.cfm/cmecf-e-filing/cmecf-users-manual/.

2. Plaintiff's request for information about electronic filing is granted to the extent this order directs him to the CM/ECF User Manual and advises him of the technical requirements for electronic filing.

DATED: October 20, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE